IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

FILED
JUL 25 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 1:23 CR 00389 |
| | ) | Title 21, United States Code, |
| DAVID ARANDA, | ) | Sections 841(a)(1), (b)(1)(A) |
| Defendant. | ) | |

COUNT 1
(Distribution of a Controlled Substance,
21 U.S.C. §§ 841(a)(1) and (b)(1)(A))

The Grand Jury charges:

1. From on or about May 8, 2019, in the Northern District of Ohio, Eastern Division, Defendant DAVID ARANDA did knowingly and intentionally distribute 50 grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

FORFEITURE

The Grand Jury further charges:

2. For the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853, the allegation of Count 1 is incorporated herein by reference. As a result of the foregoing offense, Defendant DAVID ARANDA shall forfeit to the United States any and all property constituting or derived from any proceeds he obtained directly or indirectly as a result

of such violation; and any and all of his property used or intended to be used in any manner or part to commit or to facilitate the commission of such violation.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.