# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No. 1:23-cr-00389 |
| **Plaintiff,** | **JUDGE PAMELA A. BARKER** |
| -vs- | |
| **DAVID ARANDA,** | **ORDER ADOPTING REPORT AND RECOMMENDATION OF** |
| **Defendant.** | **MAGISTRATE JUDGE** |

The above Defendant, accompanied by counsel, proffered a plea of guilty before Magistrate Judge Jonathan D. Greenberg, as to Count 1 in the Indictment. The Court finds that the Defendant's proffer of guilt was made under oath knowingly, intelligently and voluntarily and that all requirements imposed by the United States Constitution and Fed.R.Crim.P. 11 are satisfied.

THEREFORE, the Court adopts the Report and Recommendation of Magistrate Judge Jonathan D. Greenberg and accepts the Defendant's offer of guilt and finds the Defendant guilty as to Count 1 in the Indictment

The signed Plea Agreement shall be filed as of the date of this Order.

**IT IS SO ORDERED.**

                                                               *s/Pamela A. Barker*
                                                               PAMELA A. BARKER
Date: February 27, 2024                         U. S. DISTRICT JUDGE